**Order entered October 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01151-CV

## IN THE MATTER OF THE MARRIAGE OF MARIA E. SVALESEN AND SCOTT B. SVALESEN

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-12143-U**

## ORDER

We **GRANT** appellant's October 23, 2014 motion for extension of time to retain an attorney and **ORDER** appellant to notify the Court, no later than December 1, 2014, of new counsel's name, mailing and email addresses, phone number, fax number, and state bar card number. Appellant is cautioned that failure to timely provide the Court with the requested information may result in the appeal proceeding with appellant as a pro se party.

/s/ ADA BROWN
JUSTICE